UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY E. KOWALL,

    Plaintiff,

v.                          Case No. 11-15454

GMAC MORTGAGE, LLC,

    Defendant.
                                     /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's 'Motion for Judgment on the Pleadings or for Summary Judgment'" dated March 15, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant GMAC MORTGAGE, LLC and against Plaintiff Amy E. Kowall. Dated at Detroit, Michigan, this 15th day of March 2012.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      S/ Lisa Wagner
                                  By:  Lisa Wagner, Case Manager
                                       to Judge Robert H. Cleland